United States Bankruptcy Court
Eastern District of New York

In re:                                                                                    Case No. 25-43182-jmm

Law Offices of Lawrence Katz PC                                         Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 08, 2025 | Form ID: pdfdat | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Law Offices of Lawrence Katz PC, 464 Malbone Street, Suite 100, Brooklyn, NY 11225-3575 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan Nisselson | anisselson@windelsmarx.com theston@windelsmarx.com;mcorwin@windelsmarx.com;n159@ecfcbis.com |
| Lawrence Katz | on behalf of Debtor Law Offices of Lawrence Katz PC lkatz@lawkatz.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

                                      Chapter 7

Law Offices of Lawrence Katz, P.C., *dba*     Case No. 1-25-43182-jmm
Law Offices of Lawrence Katz P,

                    Debtor.

-------------------------------------------------------------x

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE A MAILING MATRIX

**WHEREAS**, the above-captioned debtor (the "Debtor") has failed to file a mailing matrix, which is a list, in alphabetical order, of the name and last known mailing address (including zip codes) for every scheduled creditor, together with those agencies and officers of the United States entitled to receive notice under Bankruptcy Rule 2002(j); and

**WHEREAS**, the failure to file a mailing matrix may constitute cause to dismiss this case; and

**WHEREAS, the Debtor may contact the Pro Se Law Clerk, by telephone, between 9:00 a.m. and 3:00 p.m., Monday through Friday, at (347) 394-1738, for information regarding the mailing matrix.**

**NOW, THEREFORE**, it is hereby:

**ORDERED**, that the Debtor or the Debtor's counsel is directed to appear at a hearing (the "Hearing") before the Honorable Jil Mazer-Marino of the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 on **August 12, 2025 at 11:00 a.m.** to show cause why this case should not be dismissed for failure to file the mailing matrix; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb. uscourts.gov; and it is further

**ORDERED**, that the Debtor's appearance at the Hearing shall be waived if the Debtor files the Mailing Matrix by **August 11, 2025**; and it is further

**ORDERED**, if the Debtor fails to appear at the Hearing and fails to file the mailing matrix by the date set forth above, the case may be dismissed without further notice to the Debtor; and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the Debtor and Debtor's counsel.



Dated: **July 8, 2025**
      **Brooklyn, New York**

Jil Mazer-Marino
United States Bankruptcy Judge